MARGARET A. MCLETCHIE, Nevada Bar No. 10931
**MCLETCHIE SHELL LLC**
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com

Philip J. Kohn, Nevada Bar No. 0556
Christy Craig, Nevada Bar No. 6262
CLARK COUNTY PUBLIC DEFENDER
309 S. Third Street, Suite #226
Las Vegas, Nevada 89155
Telephone: (702) 455-4685
Email: craigcl@co.clark.nv.us

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ERIC BURNSIDE, an individual, JAUMAL PUGH, an individual, NICHOLAS DURAN, an individual,<br>    Plaintiffs,<br><br>v.<br><br>RICHARD WHITLEY, in his official capacity as acting Administrator of the Nevada Division of Mental Health and Developmental Services; DR. ELIZABETH NEIGHBORS, in her official capacity as Director Of Lake's Crossing Center for the Mentally Disordered Offender; and MICHAEL J. WILLDEN, in his official capacity as Director of the Nevada Department of Health and Human Resources<br>    Defendants, | Case No. 2:13-cv-01102<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE A REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR AN ORDER TO SHOW CAUSE AS TO WHY DEFENDANTS' SHOULD NOT BE HELD IN CONTEMPT**<br><br>**(First Request)** |

Plaintiffs ERIC BURNSIDE, JAUMAL PUGH, and NICHOLAS DURAN (herein after "Plaintiffs") and Defendants RICHARD WHITLEY, DR. ELIZABETH NEIGHBORS, and MICHEAL J. WILLDEN (herein after "Defendants"), by and through their counsel of

1

record, hereby stipulate and agree to extend the time for Plaintiffs to file a Reply to Defendants' Opposition to Plaintiffs' Motion for an Order to Show Cause as to Why Defendants Should Not Be Held in Contempt, up to and including **September 8, 2015**.

Defendants' Opposition to Plaintiffs' Motion for an Order to Show Cause as to Why Defendants Should Not Be Held in Contempt [**Dkt. # 31**] was filed on August 20, 2015. The current deadline to file the Reply is August 31, 2015.

Pursuant to Local Rule 6-1, the Parties state that the instant request would constitute the first request for an extension of the deadline to file a Reply to Defendants' Opposition to Plaintiffs' Motion for an Order to Show Cause as to Why Defendants Should Not Be Held in Contempt. The parties agree and represent to the Court that this extension is sought in good faith and not for any improper purpose or to delay.

DATED this 31st day of August, 2015.   DATED this 31st day of August, 2015.

*/s/ Margaret A. McLetchie*                 */s/ Susanne M. Sliwa*
MARGARET A. MCLETCHIE            SUSANNE M. SLIWA
Nevada Bar No. 10931                       Nevada Bar No. 4753
**MCLETCHIE SHELL LLC**                **OFFICE OF ATTORNEY GERNERAL**
701 East Bridger Ave., Suite 520           555 E. Washington Ave., Suite 3900
Las Vegas, Nevada 89101                    Las Vegas, NV 89101
Telephone: (702) 728-5300                  Telephone: (702) 486-3420
Facsimile: (702) 425-8220                  Facsimile: (702) 486-3871
Email: maggie@nvlitigation.com             Email: ssliwa@ag.nv.gov

**ORDER**

IT IS SO ORDERED.

September 1, 2015

Date                                       UNITED STATES DISTRICT JUDGE

2